UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Campaign Registry, Inc.,

        Plaintiff(s),

-against-

Giovanni Tarone, et al.,

        Defendant(s).
----------------------------------------------------X

24 Civ. 2314 (CM) (JW)

CALENDAR NOTICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2024

Please take notice that the above captioned matter has been **re-scheduled** for a:

| | | |
|---|---|---|
| _X_ Pre-trial conference | ___Status conference | ___ Oral argument |
| ___Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| ___Rule (16) conference | ___ Final pre-trial conference | ___ Fairness Hearing |
| ___Telephone conference | ___Jury Selection and Trial | ___ OTSC Hearing |
| ___ Non-Jury Trial | ___Inquest | |

**on Thursday, May 30, 2024 at 11:00 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 24A, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and filed on ECF.

Dated: May 28, 2024
      New York, New York

So Ordered

*Colleen McMahon*

Colleen McMahon, U.S.D.J